# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br><div align="right">Appellant,</div><br><div align="center">vs.</div><br>THE STATE OF NEVADA,<br><div align="right">Respondent.</div> | No. 79257 |
| GIOVANNI KOHLER KURTZE,<br><div align="right">Appellant,</div><br><div align="center">vs.</div><br>THE STATE OF NEVADA,<br><div align="right">Respondent.</div> | No. 79259 |
| GIOVANNI KOHLER KURTZE,<br><div align="right">Appellant,</div><br><div align="center">vs.</div><br>THE STATE OF NEVADA,<br><div align="right">Respondent.</div> | No. 79260 |
| GIOVANNI KOHLER KURTZE,<br><div align="right">Appellant,</div><br><div align="center">vs.</div><br>THE STATE OF NEVADA,<br><div align="right">Respondent.</div> | No. 79261 ✓ |

**FILED**

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The notices of appeal fail to designate the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the findings of fact, conclusions of law and order

entered on June 14, 2019, the decision has already been appealed in Docket No. 79258. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                                            Silver


cc:    Hon. Michelle Leavitt, District Judge
       Giovanni Kohler Kurtze
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk